UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CRIM. NO.: 2:16-CR-30-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **ORDER OF DISMISSAL** |
| ) | **COUNTS ONE AND THREE** |
| v. ) | **OF INDICTMENT** |
| ) | |
| KARLOS EDWARDO POOLE, ) | |
|     Defendant ) | |

This matter having come before the Court by Motion of the United States Attorney's Office to dismiss Counts One and Three of the Indictment and for good cause shown, it is hereby ORDERED that Counts ONE and THREE of the Indictment are hereby dismissed, without prejudice.

IT IS SO ORDERED.

This the 12 day of January, 2021.

James C. Dever, III
United States District Court Judge