UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
File No.: 2:16-CR-30-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 148) |
| KARLOS EDWARDO POOLE | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 148 (Medical Records) be sealed until further notice by this Court.

This 2 day of May, 2022.

JAMES C. DEVER III
United States District Judge